# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-cr-00222-1 |
| | ) | Judge Trauger |
| HOWARD EUGENE ENDSLEY | ) | |

## O R D E R

It is hereby ORDERED that a hearing shall be held on the Petition to Revoke Supervision (DE #57) on Monday, April 25, 2016 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 15th day of April 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

1